UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JOE HAND PROMOTIONS, INC.,

as Broadcast Licensee of the May 7, 2005 Castillo/Corrales Program, and as Broadcast Licensee of the June 25, 2005 Gatti/Mayweather Program,

      Plaintiff,

-against-

ELSA D. FERNANDEZ, individually and as an officer, director, shareholder, and/or principal of JESSICA'S RESTAURANT, INC. d/b/a JESSICA'S RESTAURANT II, and JESSICA'S RESTAURANT, INC. d/b/a JESSICA'S RESTAURANT II,

      Defendants.
------------------------------------------------------------------- X

06-CV-3091 (ARR)(VVP)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case, dated May 23, 2007, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court orders that default judgment be entered against defendant Jessica's Restaurant, Inc. d/b/a Jessica's Restaurant II in the amount of $7,275. This amount reflects $6,000 in statutory damages, $825 in attorneys' fees and $450 in costs. The Clerk of the Court is directed to enter judgment accordingly.

  SO ORDERED.

             s/ Judge Allyne R. Ross
             _____
             Allyne R. Ross
             United States District Judge

Dated: June 13, 2007
   Brooklyn, New York

**SERVICE LIST:**

**Plaintiff's Attorney**
**Julie Cohen Lonstein**
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428


**Defendant**
**Jessica's Restaurant, Inc.**
112 01 Roosevelt Avenue
Corona, NY 11368


cc: Magistrate Judge Viktor V. Pohorelsky